UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES GARLICK,

                    Petitioner,

against

SUPERINTENDENT CHRISTOPHER L. MILLER,
Great Meadow Correctional Facility,

                    Defendant.

CIVIL ACTION NO.: 18 Civ. 11038 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Upon application of petitioner James Garlick, an inmate, for leave to appear at the oral argument scheduled for November 21, 2019:

**IT IS ORDERED** that the Superintendent or other official in charge of the Great Meadow Correctional Facility transfer inmate James Garlick, #13-A-5111, from the correctional facility located at 11739 NY-22, Comstock, NY, 12821, to the undersigned's courtroom, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 18A, New York, NY 10007 by **3:00 p.m. on November 21, 2019** so that he may attend oral arguments scheduled for 4:00 p.m.

**IT IS FURTHER ORDERED** that if Garlick cannot be produced in person, the Superintendent or other official in charge of the Great Meadow Correctional Facility produce Garlick on **November 21, 2019**, no later than **3:45 p.m.**, to a suitable location within the Great Meadow Correctional Facility that is equipped with a telephone, for the purpose of listening by telephone to the oral arguments.

**IT IS FURTHER ORDERED** that petitioner's counsel must: (1) transmit this order to the Superintendent immediately; (2) if Garlick cannot be transported to the Courthouse in person

at the designated time, contact Great Meadow Correctional Facility to arrange the telephone call in the alternative; and (3) determine the number at which the plaintiff will be reachable at the scheduled date and time.

Dated:   New York, New York
         November 19, 2019

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge