UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES GARLICK,

    Petitioner,

against

SUPERINTENDENT CHRISTOPHER L. MILLER,
Great Meadows Correctional Facility,

    Respondent.

CIVIL ACTION NO.: 18 Civ. 11038 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court having heard oral arguments in this matter today, November 21, 2019, Respondent shall submit the following supplemental materials to the Court by **December 2, 2019**:

1. Information describing the role of a Medico-Legal Investigator in the New York City Office of the Chief Medical Examiner;

2. Information as to who completed the "Notice of Death" form dated November 1, 2011 (ECF No. 11-7 at 18); and

3. A copy of the surveillance video shown at Petitioner's trial.

Dated:     New York, New York
             November 21, 2019

                                            SO ORDERED

                                            _/s/ Sarah L. Cave_
                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**