# CENTER FOR APPELLATE LITIGATION

120 WALL STREET – 28TH FLOOR, NEW YORK, NY 10005 TEL. (212) 577-2523 FAX 577-2535

*ATTORNEY-IN-CHARGE*
ROBERT S. DEAN
*ASSISTANT ATTORNEY-IN-CHARGE*
MARK W. ZENO
*SENIOR SUPERVISING ATTORNEYS*
CLAUDIA S. TRUPP
BARBARA ZOLOT
*MANAGING ATTORNEY*
DAVID J. KLEM

*SUPERVISING ATTORNEYS*
ROBIN NICHINSKY
ARIELLE I. REID
BEN A. SCHATZ
MOLLY SCHINDLER
KATE SKOLNICK
MARIANNE C. YANG
*ASSISTANT MANAGING ATTORNEY*
BRITTANY N. FRANCIS

MATTHEW BOVA
*SENIOR APPELLATE COUNSEL*
mbova@cfal.org
212-577-2523 Ext. 543

May 6, 2020

RE: *Garlick v. Miller*,

18-cv-11038-CM-SLC

Hon. Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**MEMO ENDORSED**
5/12/20 No objections have been received — Application is moot.
[signed] Colleen McMahon

Your Honor:

I represent Petitioner James Garlick in the above referenced case. I write to respectfully request a two-week extension of time to file written objections to Magistrate Cave's Report and Recommendation, dated April 27, 2020, recommending that the habeas petition be denied.

Presently, my objections are due within 14 days of April 27, 2020 (on or before May 11, 2020). No previous request for an extension has been made. I presently have pre-existing obligations which would make it difficult to meet the present May 11th deadline, including emergency litigation in New York State Court seeking the temporary release of several clients who are at risk of serious illness or death if they contract COVID-19. I have consulted with opposing counsel, Robert McKiver and Joshua Weiss of the Bronx District Attorney's Office, and they have consented to my request for an extension.

Wherefore, it is respectfully requested that petitioner's request to file written objections on or before May 25, 2020 be granted.

Sincerely,

*Matthew Bova*

Counsel for Petitioner James Garlick
(5073135)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/12/20