**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JAMES GARLICK,

                              Petitioner,          18 **CIVIL** 11038 (CM) (SLC)

        -against-                                   **JUDGMENT**

SUPERINTENDENT WILLIAM LEE, Eastern
Correctional Facility,

                            Respondent.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated June 2, 2020, I hereby adopt the following conclusions from the R&R: (i) the Autopsy Report was testimonial; (ii) surrogate testimony from a qualified expert in medical examination was not a sufficient substitute for cross examination; (iii) the First Department's ruling on the testimonial nature of the autopsy report was incorrect under Supreme Court precedent; and (iv) the trial court's admission of the autopsy report without providing Garlick the opportunity to confront the medical examiner who prepared it did not constitute harmless error. I do not adopt the portion of the R&R recommending denial of the petition on the grounds that the First Department's decision was not an unreasonable application of clearly established law. Garlick's habeas petition is granted; Accordingly, Respondent is directed to release Garlick from custody unless the People of the State of New York decide to re-try him

within the next ninety days; because the petition was granted, there is no need to issue a Certificate of Appealabilty for purposes of appeal, this case is closed.

**DATED:**  New York, New York
             June 3, 2020

                                                   **RUBY J. KRAJICK**
                                                   _____
                                                   **Clerk of Court**
                   **BY:**
                                                   **Deputy Clerk**