IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JAMES GARLICK,

          Petitioner,

-v-

SUPERINTENDENT CHRISTOPHER L. MILLER,

          Respondent.

CIVIL ACTION NO.: 18 Civ. 11038 (CM) (SLC)

**ORDER SCHEDULING ORAL ARGUMENT**

**SARAH L. CAVE,** United States Magistrate Judge:

It is hereby ORDERED that oral argument on Petitioner's Motion to Enforce (ECF No. 46) will be held on **Monday, September 13, 2021 at 11:00 am** in Courtroom 18A, 500 Pearl Street, New York, New York.

Dated:    New York, New York
            August 30, 2021

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**