UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES GARLICK,

                 Petitioner,

-v-

SUPERINTENDENT CHRISTOPHER L. MILLER,
Great Meadow Correctional Facility,

                 Defendant.

CIVIL ACTION NO.: 18 Civ. 11038 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

On the application (ECF No. 52) of petitioner James Garlick, an inmate, to appear at the oral argument scheduled for September 13, 2021:

**IT IS ORDERED** that the Superintendent or other official in charge of the Coxsackie Correctional Facility, located at 11260 Route 9W, Coxsackie, New York, 12051 (the "Correctional Facility"), produce inmate James D. Garlick, Department Identification Number 13-A-5111, on **September 13, 2021**, no later than **10:45 a.m.**, to a suitable location within the Correctional Facility that is equipped with a telephone, for the purpose of listening to the oral argument.

**IT IS FURTHER ORDERED** that petitioner's counsel: (1) transmit this order immediately to the Superintendent or other official in charge of the Correctional Facility; (2) contact the Correctional Facility to arrange the telephone call; and (3) provide the Correctional Facility with the following dial-in information for the Court's conference line so that Garlick will be able to listen to the oral argument at the scheduled time: (866) 390-1828; access code: 380-9799.

Dated:       New York, New York
             September 2, 2021

SO ORDERED.

_(signature)_
**SARAH L. CAVE**
**United States Magistrate Judge**